[No. 72047-3-I.  Division One.  August 17, 2015.]

CECO CONCRETE CONSTRUCTION, LLC, *Respondent*, v. SUZANNE
MANCHESTER, *Appellant*.

unpublished opinion per Dwyer, J., concurred in by
Schindler and Lau, JJ.

[No. 72335-9-I.  Division One.  August 17, 2015.]

JOHN R. GIBBONS, *Appellant*, v. THE BOEING COMPANY ET AL.,
*Respondents*.

by unpublished opinion per Schindler, J.,
concurred in by Becker and Lau, JJ.

[No. 72736-2-I.  Division One.  August 17, 2015.]

GREGORY TAYLOE-MCCANDLESS ET AL., *Appellants*, v. THE
DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL.,
*Respondents*.

by unpublished opinion per Lau,
J., concurred in by Appelwick and Trickey, JJ.